IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIM E. HOLZ, | : | |
|     Plaintiff, | : | |
| | : | 1:14-cv-2228 |
| v. | : | |
| | : | Hon. John E. Jones III |
| THE AMERICAN | : | |
| CORRECTIONAL ASSOCIATION, | : | |
| INC., *et al.*, | : | |
|     Defendants. | : | |

## ORDER

### February 11, 2015

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The Clerk of Court is directed to **VACATE** the administrative order (Doc. 6) and **NOTIFY** the warden at the United States Penitentiary at Lewisburg.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not

in good faith.  *See* 28 U.S.C. § 1915(a)(3).

                              <u>s/ John E. Jones III</u>
                              John E. Jones III
                              United States District Judge